# UNITED STATES DISTRICT COURT
## District of Connecticut
### U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

# M E M O R A N D U M

March 31, 2022

To: The Honorable Michael P. Shea
United States District Judge

From: Otto Rothi   *OR*
U.S. Probation Officer

Subject: Gonzalez, Jose
Dkt.No: 3:17CR00278(MPS)
Status Update

The following status report outlines Mr. Gonzalez' compliance with the conditions of his supervised release since January 28, 2021, when the probation office submitted a 12C petition to Your Honor. Mr. Gonzalez' supervised release violation hearing is scheduled for April 4, 2022 at 2:00 pm.

Status of the Pending State Case:
On January 21, 2021, Jose Juan Gonzalez was arrested by the Hartford Police Department and was charged with Strangulation 2nd Degree (class D felony) and Breach of Peace 2nd Degree (class B misdemeanor). The case is currently pending at the Hartford Superior Court under docket number H14H-CR21-0742093-S. Mr. Gonzalez was released on a $10,000 non-surety bond. Your Honor was notified of this arrest via a 12C Petition for Summons on January 28, 2022.

After completing a nine-week Family Violence Education Program (FVEP), on March 16, 2022 the pending state charges were dismissed at the Hartford Superior Court (verified). On the same date, the Protective Order against Mr. Gonzalez was also terminated.

Urine test results:
Mr. Gonzalez continues to submit negative urine specimens.

Employment and Education:
Since January 2022, Mr. Gonzalez has been working at FHI, LLC located in Manchester, Connecticut (verified).

From June 2021 until October 21, 2021, Mr. Gonzalez was enrolled at the New England Tractor Trailer Training School located in Somers, Connecticut, and he successfully completed his training for the Commercial Driver License program (verified). On July 28, 2021, Mr. Gonzalez obtained his Connecticut Commercial Learner Permit. Mr. Gonzalez is in the process of completing his driving hours to take the driving portion of the test.

Community Service Hours:
At the time of Mr. Gonzalez' sentencing on October 2, 2018, Your Honor imposed a special condition of supervised release directing Mr. Gonzalez to complete 150 hours of community service. As of March 10, 2021, Mr. Gonzalez completed 50 hours of community service. In February 2022, Mr. Gonzalez re-commenced his completion of community service at Hands on Hartford, a non-profit agency, in Hartford, Connecticut.

Recommendation:
Considering Mr. Gonzalez' progress, it is recommended that the Court dismiss the 12C Petition for Summons. The probation officer contacted Jocelyn Kaoutzanis, Assistant U.S. Attorney, who has no objection to the proposed resolution.

cc:    AUSA Jocelyn J. Kaoutzanis
       Assistant Federal Defender Moria L. Buckley