

# UNITED STATES DISTRICT COURT
## District of Connecticut
### U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

**MEMORANDUM**

December 22, 2023

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

|  |  |
|---|---|
| **To:** | Honorable Michael P. Shea<br>U.S. District Judge |
| **From:** | Jessica Dickson<br>U.S. Probation Officer |
| **Subject:** | Jose Gonzalez<br>Dkt. No: 3:17CR00278(MPS)<br>**Status Update regarding Mr. Gonzalez' supervised release compliance** |

On November 16, 2023, the Court ordered the probation officer to file a status update regarding Mr. Gonzalez' compliance with his supervised release conditions.

Since approximately September 19, 2023, Mr. Gonzalez has been employed full time, as a truck driver, at Plimpton and Hills, located in Manchester, Connecticut. Employment records indicate that Mr. Gonzalez' hourly wage is $22.00, and $33.00 for overtime.

Mr. Gonzalez successfully completed mental health treatment, including Moral Reconation Therapy, and substance abuse treatment. He also completed the required 150 hours of community service. Mr. Gonzalez is in the process of applying to barber school.

Should the Court have any additional questions, please contact me directly at Jessica_Dickson@ctp.uscourts.gov or (475) 202-2290.

cc. AUSA Jocelyn J. Courtney Kaoutzanis
    Assistant Federal Defender, Andrew P. Giering