

**UNITED STATES DISTRICT COURT**
District of Connecticut
U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

**M E M O R A N D U M**

May 9, 2024

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**To:** Honorable Michael P. Shea
U.S. District Judge

**From:** Jessica Dickson
Senior U.S. Probation Officer

**Subject:** Jose Gonzalez
Dkt. No: 3:17CR00278(MPS)
**Status Update**

On April 16, 2024, the Court ordered the probation officer to file a status update report, regarding Mr. Gonzalez' compliance with his supervised release conditions.

On September 19, 2023, Mr. Gonzalez secured full time employment as a truck driver at Plimpton and Hills, located in Manchester, Connecticut. Employment records indicate that Mr. Gonzalez' hourly wage is $22.00, and $33.00 for overtime. In November 2023, Mr. Gonzalez was fired from this position due to a background check detailing his criminal history. On March 6, 2024, Mr. Gonzalez established his own legitimate business, Good Hands, LLC, which has been verified by the above noted officer. Mr. Gonzalez has been detailing cars on a full-time basis, getting paid per job.

Mr. Gonzalez successfully completed mental health treatment, including moral reconation therapy, and substance abuse treatment. All drug tests rendered by Mr. Gonzalez have tested negative for the presence of illicit substances.

He also completed the required 150 hours of community service. Mr. Gonzalez is interested in applying to barber school now that his work schedule is more flexible.

Regarding his pending state case, Mr. Gonzalez is scheduled to appear again in Middletown Superior Court, on May 28, 2024, under docket numbers M09M-CR23-0245449-S and M090M-MV23-0487017-S.

cc. Jocelyn J. Courtney Kaoutzanis, Assistant U.S. Attorney
    Andrew P. Giering, Assistant Federal Defender